UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GUIDEONE MUTUAL INSURANCE
COMPANY AND GUIDEONE AMERICA
INSURANCE COMPANY                                                                PLAINTIFFS

V.                                                        CIVIL ACTION NO.1:10CV171-WAP-JAD

KENNETH ROCK AND JANET ROCK                                                      DEFENDANTS

## JUDGMENT

On the plaintiff's motion for a default judgment,

IT IS ORDERED AND ADJUDGED:

That the plaintiffs Guideone Mutual Insurance Company and Guideone America Insurance Company do have of and recover from the defendants Kenneth Rock and Janet Rock the sum of One hundred, ninety-two thousand, three hundred forty-five dollars and sixty-six cents ($ 192,345.66), with an interest rate at the rate of .22% as provided by law, plus its costs in this action.

ORDERED AND ADJUDGED this the 2nd day of November, 2010.

                                          /s/ W. Allen Pepper, Jr.
                                          W. ALLEN PEPPER, JR.
                                          UNITED STATES DISTRICT JUDGE