# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

GUIDEONE MUTUAL INSURANCE
COMPANY AND GUIDEONE AMERICA
INSURANCE COMPANY                                                                  PLAINTIFFS

V.                                                          CIVIL ACTION NO.1:10CV171-WAP-JAD

KENNETH ROCK AND JANET ROCK                                                        DEFENDANTS

## MEMORANDUM OPINION

This matter was considered on the plaintiffs' motion for a default judgment. The defendants were duly and properly served and have never answered or otherwise appeared in this action. The clerk's office entered a default against these defendants upon application of the plaintiff. The plaintiffs motion is well taken and they are entitled to judgment. The defendants are indebted to the plaintiffs in the sum of $ 125,529.99, plus prejudgment interest in the sum of $ 34,758.06. The court finds that a reasonable attorneys fees of twenty percent or $32,057.61 should be allowed. Plaintiffs should be awarded all costs in this action. A separate judgment shall be entered.

This the 2nd day of November, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE